IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. |
| Plaintiff, ) | |
| ) | 19-mj-4 |
| v. ) | |
| ) | |
| HUNTER HOLLINGSWORTH, ) | |
| SETH SPIVEY, ) | |
| JACK GARLAND, ) | |
| JASON GREEN, and ) | |
| EMILY EDWARDS ) | |
| Defendants. ) | |

RECEIVED BY
APR 2 2019
Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

On or about November 20, 2017, in the Western District of Tennessee, the defendant,

--------------------------------------HUNTER HOLLINGSWORTH-----------------------------------

did violate the Migratory Bird Treaty Act, by manipulating planted corn by mechanical means, and by brushing a duck blind with grain from the corn stalks on or adjacent to or on an area for the purpose of causing, inducing and allowing hunters to take and attempt to take migratory birds, specifically waterfowl, by the aid of baiting on and over a baited area, in violation of Title 16 U.S.C. §§ 704(b)(2), and 707.

### COUNT 2

On or about December 15, 2017, in the Western District of Tennessee, the defendants,

--------------------------------------HUNTER HOLLINGSWORTH-----------------------------------

1

---------------------------------------------------------and-----------------------------------------------------------
-------------------------------------------------SETH SPIVEY-------------------------------------------------

aiding and abetting each other and others known and unknown, did take and attempt to take migratory birds, specifically waterfowl, by the aid of baiting on and over a baited area, when they knew and should have known the area was baited, in violation of Title 16 U.S.C. §§ 704(b)(1), and 707, and Title 18 U.S.C. § 2.

## COUNT 3

On or about December 15, 2017, in the Western District of Tennessee, the defendant,

------------------------------------------------SETH SPIVEY-------------------------------------------------

did take or attempt waterfowl, specifically ducks, with a shotgun capable of holding more than three (3) shells in violation of Title 16 U.S.C. §§ 703-712, and 50 C.F.R. 20.21(b).

## COUNT 4

On or about December 15, 2017, in the Western District of Tennessee, the defendant,

------------------------------------HUNTER HOLLINGSWORTH------------------------------------

did take waterfowl, specifically ducks, in excess of the daily bag limit, in violation of Title 16 U.S.C. §§ 703-712, and 50 C.F.R. 20.24.

## COUNT 5

On or about September 1, 2018, in the Western District of Tennessee, the defendant,

---------------------------------- HUNTER HOLLINGSWORTH ----------------------------------
----------------------------------------JACK GARLAND----------------------------------------
----------------------------------------JASON GREEN----------------------------------------

aided and abetted, by others known and unknown, did place bait, specifically wheat, for the purpose of causing, inducing and allowing other hunters to take and attempt to take migratory birds, specifically mourning doves, by the aid of baiting on and over a baited area, in violation of Title 16 U.S.C. §§ 704(b)(2), and 707, and Title 18 U.S.C. § 2.

## COUNT 6

On or about September 2, 2018, in the Western District of Tennessee, the defendant,

---------------------------------- HUNTER HOLLINGSWORTH ----------------------------------
----------------------------------------JACK GARLAND----------------------------------------
----------------------------------------JASON GREEN----------------------------------------

aiding and abetting others known and unknown, did take and attempt to take migratory birds, specifically mourning doves, by the aid of baiting on and over a baited area, when he knew and should have known the area was baited, in violation of Title 16 U.S.C. §§ 704(b)(1), and 707.

## COUNT 7

Beginning at a time unknown until on or about September 7, 2018, the defendant,

---------------------------------- HUNTER HOLLINGSWORTH----------------------------------
--------------------------------------------------------and--------------------------------------------------------
----------------------------------------------EMILY EDWARDS----------------------------------------

aiding and abetting each other, did knowingly conceal and retain property of the United States Fish and Wildlife Service, an agency of the United States, with the intent to their own use and gain, knowingly it to have been purloined, in violation of Title 18 U.S.C. §§ 641 and 2.

_April 2, 2019_
DATE

By: _[signature]_
MATTHEW WILSON
ASSISTANT UNITED STATES ATTORNEY